JS-6

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
California Bar Number: 210908
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0474
    Facsimile: (213) 894-7819
    Email: Erika.Johnson@usdoj.gov

Attorneys for Federal Defendant
Seth Harris, Acting Secretary of the United
States Department of Labor

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUNETTA BLANKS,<br><br>        Plaintiff,<br><br>           v.<br><br>SETH D. HARRIS, Acting<br>Secretary of Labor, U.S.<br>Department of Labor,<br><br>        Defendant. | No. CV 12-9765 GW (MRWx)<br><br>**JUDGMENT** |

    This Court has fully considered the papers filed by the
parties in connection with Defendant's Motion For Summary
Judgment and, in accordance with the Defendant's Statement of
Uncontroverted Facts and Conclusions of Law, filed herewith,

1       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this Court

2  lacks subject matter jurisdiction over Plaintiff's claim of

3  breach of her administrative settlement agreement and that

4  judgment be entered in favor of Federal Defendant, Hilda L.

5  Solis, Secretary of the Department of Labor, in her official

6  capacity, and against Plaintiff Lunetta Blanks.  This case is

7  dismissed in its entirety, without prejudice, due to the

8  possibility that Plaintiff may file her action in the Court of

9  Federal Claims.

10

11  SO ORDERED this 5th day of November, 2013.

12

13                    _____

                      HONORABLE GEORGE H. WU

14                  UNITED STATES DISTRICT COURT JUDGE

15  Presented by:

ANDRÉ BIROTTE JR.

16  United States Attorney

    LEON W. WEIDMAN

17  Assistant United States Attorney

    Chief, Civil Division

18

    /s/ Erika Johnson-Brooks

19  ERIKA JOHNSON-BROOKS

    Assistant United States Attorney

20  Attorneys for Federal Defendant

21

22

23

24

25

26

27

28